

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00016-CV
_____

## IN THE MATTER OF THE MARRIAGE OF
## WINFRED MARBUT AND CHARLOTTE MARBUT
## AND IN THE INTEREST OF M.M., A CHILD

On Appeal from the County Court at Law
Bowie County, Texas
Trial Court No. 07-D-1537-CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Charlotte Marbut, appellant, filed her notice of appeal January 20, 2009.

Marbut has not filed a docketing statement with this Court,[1] paid a filing fee, or made any claim of indigency. There is nothing in the record to indicate Marbut has made efforts to have either the clerk's record or reporter's record filed with this Court, and she has not filed a brief. On March 23, 2009, we contacted Marbut by letter, giving her an opportunity to cure the various defects, and warning her that, if we did not receive an adequate response within ten days, this appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c).

We have received no communication from Marbut. Pursuant to Rule 42.3(b) of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b).

Josh R. Morriss, III
Chief Justice

Date Submitted:     April 16, 2009
Date Decided:     April 17, 2009

---

[1]*See* TEX. R. APP. P. 32.

2